**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DYNAMIC ENERGY, INC., a West Virginia Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>CM ENERGY PROPERTIES, LP, a Delaware limited partnership,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-635-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME AND WAIVE SERVICE**

WHEREAS, Plaintiff Dynamic Energy, Inc. ("Dynamic") filed its Complaint in the above-referenced matter on April 4, 2019 (D.I. 1);

WHEREAS, prior to service of the Complaint, Dynamic filed an Amended Complaint on June 13, 2019 (D.I. 4);

WHEREAS, counsel for Defendant CM Energy Properties, LP ("CM Properties") has agreed to waive service in exchange for an extension of time to July 12, 2019 for CM Properties to answer, move, or otherwise plead;

IT IS HEREBY STIPULATED by Plaintiff Dynamic Energy, Inc. and Defendant CM Energy Properties, LP, by and through their undersigned counsel, subject to the approval of the Court, that the time by which CM Properties must answer, move, or otherwise respond to Dynamic's Amended Complaint (D.I. 4) is extended to and including July 12, 2019.  The parties further stipulate, by and through their undersigned counsel, subject to the approval of the Court, that CM Properties waives service of process and the defense of insufficiency of service of process, but reserves all other defenses otherwise available.

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| */s/ John A. Sensing* <br> John A. Sensing (#5232) <br> Jennifer Penberthy Buckley (#6264) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> jsensing@potteranderson.com <br> jbuckley@potteranderson.com | */s/ Brett M. McCartney* <br> Brett M. McCartney (#5208) <br> Elizabeth A. Powers (#5522) <br> 600 North King Street, Suite 400 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> bmccartney@bayardlaw.com <br> epowers@bayardlaw.com |
| *Attorneys for Plaintiff Dynamic Energy, Inc.* | *Attorneys for Defendant CM Energy Properties, LP* |

DATED: June 21, 2019
6258669 / 44898-001

                IT IS SO ORDERED this \_\_\_\_ day of _____, 2019.

                                    _____
                                      United States District Judge