## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYNAMIC ENERGY, INC., a West Virginia, Corporation, <br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> CM ENERGY HOLDINGS, LP, a Delaware limited partnership, <br>     Defendant/Counterclaim-Plaintiff, <br><br> v. <br><br> JAMES C. JUSTICE, II, <br>     Counterclaim-Defendant. | C.A. No. 19-265-LPS |
| DYNAMIC ENERGY, INC., a West Virginia, Corporation, <br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> CM ENERGY PROPERTIES, LP, a Delaware limited partnership, <br>     Defendant/Counterclaim-Plaintiff, | C.A. No. 19-635-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in 1:19-cv-00265-LPS—plaintiff and counterclaim defendant Dynamic Energy, Inc., defendant and counterclaim-plaintiff CM Energy Holdings, LP, and counterclaim-defendant James C. Justice, II—and the parties in 1:19-cv-00635-LPS—plaintiff and counterclaim-defendant Dynamic Energy, Inc. and defendant and counterclaim-plaintiff CM Energy Properties, LP—stipulate to the dismissal of

1:19-cv-00265-LPS and 1:19-cv-00635-LPS with prejudice, each side to bear its own costs, expenses, and attorney's fees.

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| */s/ John A. Sensing* <br> John A. Sensing (#5232) <br> Jennifer Penberthy Buckley (#6264) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> jsensing@potteranderson.com <br> jbuckley@potteranderson.com | */s/ Brett M. McCartney* <br> Brett M. McCartney (No. 5208) <br> Elizabeth A. Powers (No. 5522) <br> 600 North King Street, Suite 400 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> bmccartney@bayardlaw.com <br> epowers@bayardlaw.com |
| *Attorneys for Plaintiff /Counterclaim-Defendant Dynamic Energy, Inc. and Counterclaim-Defendant James C. Justice, II* | *Attorneys for Defendant/Counterclaim-Plaintiffs CM Energy Holdings, LP and CM Energy Properties, LP* |

Dated: March 8, 2021

SO ORDERED, this _____ day of _____, 2021.

_____
The Honorable Leonard P. Stark